IN THE SUPREME COURT OF THE STATE OF NEVADA

JEFFREY K. BROWN,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
DENISE L. GENTILE, DISTRICT
JUDGE,
Respondents.

No. 80934

FILED

MAY 07 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

*ORDER DISMISSING PETITION*

This pro se petition for writ of mandamus was docketed on April 7, 2020. On April 17, 2020, appellant filed a notice of withdrawal of the petition, contending that he has obtained the relief sought. Accordingly, cause appearing, this petition is hereby dismissed. *See* NRAP 42(b).

It is so ORDERED.[1]

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:   Hon. Denise L. Gentile, District Judge, Family Court Division
      Jeffrey K. Brown
      Attorney General/Carson City
      Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

[1] In light of this order, appellant's April 7, 2020, motion to waive filing fees is denied as moot.

20-17409